IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FREDRICK HERROD** § | |
| Plaintiff, § | |
| § | Civil Action No. 1:18-CV-503 |
| VS. § | |
| § | |
| **JANELLE MURPHY, BETTY** § | |
| **DELGADO, DEBBIE SELF AND** § | |
| **MANAGEMENT AND TRAINING** § | |
| **CORPORATION** § | |
| Defendants. § | |

## DEFENDANTS' NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Defendants Management and Training Corporation, Debbie Self, Betty Delgado (incorrectly identified as "Betty Felgado") and Janelle Murphy and file this their Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1443 and 1446, on the basis of federal question jurisdiction. In support thereof, Defendants would respectfully show this Honorable Court the following:

### I.
### Brief Statement of Facts

1. On December 15, 2017, this cause of action was commenced by Plaintiff Frederick Herrod against Defendants in the 261st Judicial District Court of Travis County, Texas. Plaintiff alleges violation of his United States Constitutional rights, including violation of his right to due process under the Fourteenth Amendment. A copy of Plaintiff's Original Petition is attached hereto as Exhibit A and is incorporated herein by reference.

2. Each of the named Defendants were served on or after May 18, 2018. As a result, removal is being requested within thirty days after receipt, through service or otherwise, of a

copy of the initial pleadings setting forth Plaintiff's federal claims for relief upon which such action or proceeding is based. 28 U.S.C. § 1446.

3. Plaintiff complains that he was deprived of his federally protected rights by Defendants. Plaintiff sues Defendants for violations of 42 U.S.C. §1983, alleging deprivation of his constitutional rights. Plaintiff's claims are within the original and removal jurisdiction of this Honorable Court. This litigation is removable pursuant to 28 U.S.C. §§1331 and 1343.

## II.
## Arguments and Authorities

4. The removing party bears the burden of establishing that federal jurisdiction exists. In this case, it is undisputed that Plaintiff pursues claims for relief under 42 U.S.C. § 1983 for the alleged deprivation of his constitutional rights. Such claims are clearly within the original and removal jurisdiction of the federal courts. *See*, 28 U.S.C. §§1331, 1343, 1441, 1443 and 1446; and *Brown v. Southwestern Bell Telephone Company*, 901 F.2d 1250, 1254 (5th Cir. 1990)(holding that a plaintiff's assertion of a right based upon a federal statute arose under federal law and was removable pursuant to 28 U.S.C. §1441(b)).

5. Defendants desire and are entitled to have this cause removed from the 261st Judicial District Court of Travis County, Texas, to the United States District Court for the Western District of Texas, Austin Division, such being the District where said suit is pending.

6. Written notice of the filing of this Notice of Removal will be given to Plaintiff as required by law. 28 U.S.C. §1446.

7. A true and correct copy of this Notice of Removal will be filed with the Clerk of the 261st Judicial District Court of Travis County, Texas. 28 U.S.C. §1446.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that this action be removed to this Honorable Court and that this Honorable Court accept jurisdiction of this action and henceforth that this action be placed on the docket of this Honorable Court for further proceedings, the same as though this action had originally been instituted in this Honorable Court.

Respectfully submitted,

FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas  78746
(512)  476-5300
FAX (512)  476-5771

By:/s/ Joanna Lippman Salinas
Joanna Lippman Salinas
State Bar No. 00791122
joanna.salinas@fletcherfarley.com

Attorneys for Defendants,
*Management & Training Corporation, Debbie Self, Betty Delgado and Janelle Murphy*

### Certificate of Service

I here certify that a true and correct copy of the foregoing **Defendants' Notice of Removal** has been provided to:

**By: Certified Mail Return Receipt Requested**
Fredrick Herrod, *Pro Se Plaintiff*
5151 Lauderdale Drive
Dallas, Texas 75241-1521

by Certified Mail Return Receipt Requested, in accordance with the Federal Rules of Civil Procedure, on June 15, 2018.

/s/ Joanna Lippman Salinas
Joanna Lippman Salinas
