IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | | |
|---|---|---|
| FREDRICK HERROD,<br>　　　　　PLAINTIFF,<br><br>V.<br><br>JANELLE MURPHY, BETTY<br>DELGADO, DEBBIE SELF, AND<br>MANAGEMENT AND TRAINING<br>CORPORATION,<br>　　　　　DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 1:18-CV-503-LY |

## FINAL JUDGMENT

Before the court is the above-entitled cause. On this same date the court rendered an order granting Defendants' summary-judgment motion and dismissing Plaintiff's cause of action with prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendants are awarded costs.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of May, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LEE YEAKEL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE